UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIE MELOY, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:06-CV-0188-SEB-JMS |
| ) | |
| COMPUTER ASSOCIATES ) | |
| INTERNATIONAL, INC., ) | |
| Defendant. ) | |

**JUDGMENT**

Pursuant to the Court's entry of this date, final judgment is entered in favor of Defendant and against the Plaintiff. Each party shall bear its own costs. IT IS SO ORDERED.

Date: 06/12/2007

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Samuel Dustin Ellingwood
POTTER LAW GROUP PC
sellingwood@potterlawgroup.com

James A. Geiger
POTTER LAW GROUP
jgeiger@potterlawgroup.com

Bonnie L. Martin
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
bonnie.martin@odnss.com

William C. Potter II
POTTER LAW GROUP
wpotter@potterlawgroup.com

Kenneth B. Siepman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kenneth.siepman@odnss.com